THE HONORABLE JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ULERY, individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 2:24-cv-02029-MJP<br><br>**STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE AND [~~PROPOSED~~] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>December 23, 2024<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATED MOTION**

On December 10, 2024, Plaintiff David Ulery filed the Complaint in this matter (Dkt. No. 1). Plaintiff served Defendant Amazon.com, Inc. with the Complaint on December 12, 2024. Amazon's current deadline to respond to the Complaint is January 2, 2025. The parties have conferred, and Plaintiff's counsel has agreed to extend the time for Amazon to answer or otherwise respond to the Complaint until **February 3, 2025**. Having stipulated to this extension, the parties respectfully request that the Court approve it.

**IT IS SO ORDERED**.

Dated this 30th day of December, 2024

*/s/ Marsha J. Pechman*

MARSHA J. PECHMAN