THE HONORABLE JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ULERY, individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 2:24-cv-02029-MJP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Ulery and Defendant Amazon.com, Inc. hereby stipulate to the dismissal of this action with prejudice, with the parties to bear their own fees and costs.[1]

Dated: March 5, 2025

Respectfully submitted,

THE HARBOR LAW GROUP

By: _/s/ Kira M. Rubel_
Kira M. Rubel, WSBA No. 51691

8811 N. Harborview Dr. Ste. B
Gig Harbor, WA 98332
Telephone: (253) 358-2215
kira@theharborlawgroup.com

Scott D. Owens, Esq. (admitted *pro hac vice*)
Scott D. Owens, P.A.
2750 N. 29th Ave., Ste. 209A
Hollywood, FL 33020

---

[1] Because no class has been certified and this is not a dismissal or compromise of claims of a certified class, Court approval is not required for dismissal of this action. *See* Fed. R. Civ. P. 23(e); 41(a)(1)(A)(ii).

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO.: 2:24-CV-02029

- 1 -

Telephone: (954) 589-0588
Scott@ScottDOwens.com

*Attorneys for Plaintiff David Ulery*

FENWICK & WEST LLP

By: */s/ Deena J.G. Feit*
   Brian D. Buckley, WSBA No. 26423

   Deena J.G. Feit, WSBA No. 59036
   401 Union Street, 5th Floor
   Seattle, WA 98101
   Telephone:   206.389.4510
   Facsimile:   206.389.4511
   Email:   bbuckley@fenwick.com
        dfeit@fenwick.com

   Jedediah Wakefield (admitted *pro hac vice*)
   555 California Street, 12th Floor
   San Francisco, CA  94104
   Telephone:   415.875.2300
   Facsimile:   415.281.1350
   Email: jwakefield@fenwick.com


*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO.: 2:24-CV-02029
    - 2 -